UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00455-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  GEORGE JOHN SCHULTE, aka JOHN SCHULTE,
2.  **OBINNA ADIGHIJE, aka LARRY ADIGHIJE**,
3.  TRUNG PHAM, and
4.  HERNAN RICAURTE,

 Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Based on the Order dated March 12, 2012 [ECF No. 271], granting the Government's Unopposed Motion to Dismiss Second Superseding Indictment, First Superseding Indictment and the Original Indictment as to Obinna Adighije [ECF Doc. No. 270], filed March 12, 2012, the 10-day jury trial set for Monday, May 14, 2012, at 9:00 a.m., in Courtroom A-1002, is **VACATED.**

 Dated:   March 12, 2012.